FILED
IN CLERK'S OFFICE
FEB 22 2007
U.S. DISTRICT COURT E.D.N.Y
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.
as Broadcast Licensee of the MAY 14, 2005
WRIGHT/TRINIDAD Program,

                Plaintiff,

-against-

GILBERT ECHEVERRIA, Individually
and as an Officer, Director, Shareholder,
and/or Principal of Xtreme Barber Shop
Inc., and XTREME BARBER SHOP INC.,
d/b/a Xtreme Cuts, a/k/a Xtreme Barbershop,
a/k/a Xtreme Cuts Barber Shop,

                Defendants.
------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

06 CV 1266 (CBA)

AMON, UNITED STATES DISTRICT JUDGE

This Court has received the report and recommendation ("R&R") of the Honorable Steven M. Gold, United States Magistrate Judge, recommending that plaintiff be awarded $5,000 in statutory damages and $1,374 in fees and costs. Because no party objected to the R&R, the Court hereby adopts the R&R as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

        SO ORDERED.

Dated:        Brooklyn, New York
                February 22, 2007

                                      Carol Bagley Amon
                                      United States District Judge